UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Case No's: 07CR0329-LAB<br>07CR0330-LAB |
| Plaintiff, | ) ) ) | **ORDER EXTENDING TIME TO POST BOND** |
| v. | ) ) | |
| BRENT ROGER WILKES | ) ) | |
| Defendants. | ) ) | |

GOOD CAUSE having been shown, it is ORDERED that the time for Defendant Brent R. Wilkes to post bond is extended hereby extended to April 27, 2007.

DATED: April 25, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge