1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR0330-LAB |
| Plaintiff, ) | |
| ) | **PROTECTIVE ORDER** |
| v. ) | |
| ) | |
| BRENT ROGER WILKES (1), ) JOHN THOMAS MICHAEL (2), ) | |
| ) | |
| Defendants. ) | |

20  FOR GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

21  1.  The government shall disclose to defense counsel any sealed written addenda to the plea

22 agreement of defendant Thomas Kontogiannis, case no. 07CR423-LAB, which addenda shall remain

23 under seal.

24  2.  The only persons to whom defense counsel may disclose, directly or indirectly, the

25 contents or substance of any written addenda are John Michael, Brent Wilkes, and investigators or

26 \\
27 \\
28 \\

other agents assisting in the preparation of defendants' defense.  Prior to disclosing this information to any such individual, defense counsel must obtain his or her signature on a true copy of this order, which signed order shall be filed with this Court.

**IT IS SO ORDERED.**

DATED:  September 13, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

## ACKNOWLEDGMENT

I, _____, have reviewed the foregoing protective order and I agree to abide by its terms.  I understand that I am not to disclose to anyone the contents or substance of the written addendum that will be provided to me pursuant to this order.

Dated:_____                    _____

2

07CR0330