| Exhibit | Description | Date Marked | Date Admitted | Witness |
|---|---|---|---|---|
| A | Email from G. Jones to L. Katz 2-12-99 | 10-10-07 | | |
| B | Email from Nacy Lifset to Sarah Young 7/9/04 | 10-11-07 | 10-11-07 | |
| C | Unidentified foud | 10-10-07 | | |
| D | Chart | 10-10-07 | 10-31-07 | |
| E | Defense Subcommittee FY01-FY05 | 10-12-07 | 10-12-07 | |
| F | Vehicle paperwork checklist 9/9/04 | 10-16-07 | 10-16-07 | |
| G | Weekly cash forecast 5/14/2004 | 10-16-07 | 10-16-07 | |
| H | ADCS Contract Proposal Summary as of 6/30/05 | 10-16-07 | 10-16-07 | |
| I | Group W transportation records | 10-16-07 | 10-16-07 | |
| J | Jet invoices & reimbursement | 10-16-07 | 10-16-07 | |
| K | List of prospective customers of Joel Combs | 10-17-07 | 10-17-07 | |
| L | ACDS Report | 10-17-07 | | |
| M | | | | |
| N | | | | |
| O | ADCS Project List | | | |
| P | October 7, 1999 email from Mike Williams to Arnie Borromeo and Joel Combs | | | |
| Q | June 25, 2001 ADCS Memorandum for the Record | | | |
| R | January 7, 2001 Excerpts from GIDC Task Order | | | |
| S | ADCS Technical Proposal for the FY01 GIDC Program | | | |
| T | June 5, 2002 email from Mike Williams to Larry Wilkes | | | |
| U | Material Inspection and Receiving Report | | | |
| V | July 3, 2001 email from Mike Williams to Larry Wilkes, Bob Wilkes, and Mitch Wade | | | |
| W | Summary ADCS FY02 Funding Request(s) | | | |
| X | NGIC Project Completions | | | |
| Y | May 5, 2000 fax from Melissa Dollaghan to Brent Wilkes | | | |
| Z | December 22, 1995 ADCS check to Copeland, Lowery & Jacquez | | | |
| AA | September 21, 1995 ADCS check to Copeland, Lowery & Jacquez | | | |
| BB | April 1, 1997 ADCS check to Copeland, Lowery & Jacquez | | | |
| CC | September 7, 1999 letter from Brent Wilkes to Bill Lowery with checks and correspondence | | | |
| DD | 2002 Copeland invoices to ADCS and corresponding checks | | | |
| EE | 2003 Copeland invoices to ADCS and corresponding checks | | | |
| FF | March 17, 1997 fax to Brent Wilkes re: VP Max Distribution | 10-26-07 | 10-26-07 | |
| GG | Distribution list of software by region | 10-26-07 | 10-26-07 | |
| HH | VP Max Distribution Lists | 10-26-07 | 10-26-07 | |
| II | VP Max Price List | 10-26-07 | NO | |
| JJ | Softelec Specifications and User Price for VP Max | 10-26-07 | NO | |
| KK | Softelec Features and User Price for VP Max | 10-26-07 | NO | |
| LL | May 9, 1996 fax from Paul Wilkinson to Randall Kerley | 10-26-07 | 10-26-07 | |
| MM | VP Max Available Contracts Price Lists and Forms | 10-26-07 | 10-26-07 | |
| NN | Contact Report of Conversion Tests Sites | 10-26-07 | NO | |

F1 USMC 12/22/99 to Fromm from HR Hemstreet    10-12-07

| | | | | |
|---|---|---|---|---|
| OO | Memo from Joel Combs to Steve Johnson | | | |
| PP | December 27, 1994 The Wilkes Group Letter to John S. Gutierrez | 10-26-07 | 10-26-07 | |
| QQ | June 23, 1998 letter from Ken Calvert to Brent Wilkes | 10-26-07 | 10-26-07 | |
| RR | May 3, 2000 Draft of Key Contacts | 10-26-07 | W/O | |
| SS | List on Watergate Hotel stationary | | | |
| TT | Letters discussing support for ADCS program | 10-26-07 | 10-26-07 | |
| UU | July 29, 1993 Memorandum from Brent Wilkes to Tom Casey | | | |
| VV | ADCS invoice for Gateway computer and corresponding check from Richard Bliss | | | |
| WW | July 24, 2000 fax from Bill Lowery to Brent Wilkes | | | |
| XX | Letter from James P. McGonigle to Major General John S. Phillips | | | |
| YY | Sea-Doo related documents | 10-26-07 | 10-26-07 | |
| ZZ | Trip article | | | |
| AAA | Super Bowl Luncheon flyer | | | |
| BBB | Fund-raising flyer | | | |
| CCC | Leadership Retreat fund-raising flyer | | | |
| DDD | Majority Leaders Dinner flyer | | | |
| EEE | Paperwork and photos related to the DeLay Foundation for Kids | | | |
| FFF | Signal Recognition and Identification for use against IEDs utilizing a Non-Lethal approach | 10-26-07 | NO | |
| GGG | Golf score card from Coeur d'Alene, Idaho | | | |
| HHH | Operational Excellence: A Review of Wilkes Corporation Entities | | | |
| III | 2003 Bill of Materials paperwork | 10-26-07 | 10-26-07 | |
| JJJ | June 18, 2003 email from Mike Williams to Brent Wilkes, Larry Wilkes, and Todd Reid | 10-26-07 | 10-26-07 | |
| KKK | Emails and paperwork related to the 2004 GIDC appropriations | | | |
| LLL | 2004 Bill of Materials paperwork | | | |
| MMM | Documents related to boat purchase | 10-26-07 | 10-26-07 | |
| NNN | Wilkes Corporation Configuration Management Policy | | | |
| OOO | October 15, 2003 email from Mike Williams to Brent Wilkes | | | |
| PPP | CIPOC Binder 1 of 2 | 10-26-07 | 10-26-07 | |
| QQQ | CIPOC Binder | | | |
| RRR | Documents related to Parkview Financial and WBR Equities | 10-26-07 | 10-26-07 | |
| SSS | April 19, 2005 email from Trey Hardin to Frank Collins and Patrick McSwain | | | |
| TTT | Cunningham's Appropriations Priorities | 10-26-07 | 10-26-07 | |
| UUU | ADCS Program Histories from 1998-2004 and related paperwork | | | |
| VVV | FIRES Program Record of Interview | | | |
| WWW | 2004 ADCS Business Transactions | | | |
| XXX | CIPOC materials | 10-26-07 | 10-26-07 | |
| YYY | | | | |
| ZZZ | 4 photos of scanners | 10-26-07 | 10-26-07 | |