CJK-copy

# FINAL Admitted Trial Exhibits

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0001-001 | 10/09/07 | 10/09/07 | 05/01/00 - Brent R. Wilkes Check Number 1039 payable to "Duke" Cunningham in the amount of $70,000. 05/11/00 - Randall Cunningham and Nancy Cunningham Deposit slip in the amount of $70,000. |
| 0001-002 | 10/09/07 | 10/09/07 | 05/01/00 - Brent R. Wilkes Check Number 1040 payable to Randy Duke Cunningham in the amount of $30,000. |
| 0002-001 | 10/10/07 | 10/10/07 | Department of VA Contact V200P-557 Ref Task Order 200-J86185 with MCSI Technologies Inc., July 14, 1998. |
| 0002-002 | 10/10/07 | 10/10/07 | MCSI Invoice # 003 to Department of VA, September 30, 1998. |
| 0002-003 | 10/10/07 | 10/10/07 | MCSI Invoice # 004 to Department of VA, September 30, 1998. |
| 0002-005 | 10/10/07 | 10/10/07 | Department of VA Letter from Cotton to Behrens, Delegation of Authority COTR, October 20, 1998. |
| 0002-006 | 10/10/07 | 10/10/07 | MCSI Invoice # 002 Revised, October 27, 1998. |
| 0002-007 | 10/10/07 | 10/10/07 | MCSI Invoice # 005, October 27, 1998. |
| 0002-008 | 10/10/07 | 10/10/07 | MCSI Invoice # 006, October 28, 1998. |

Wednesday, October 31, 2007       3:09:40 PM

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0002-009 | 10/10/07 | | MCSI Invoice # 007, October 28, 1998. |
| 0002-010 | 10/10/07 | | Department of VA Memorandum from Cotton to Behrens, Contract V200P-557, Task Order 200-J86185, Automated Document Conversion System (ADCS), November 16, 1998. |
| 0002-014 | 10/10/07 | | DoD Hierarchy. (2 pages - Bates Numbered: 0297716 and 0297008). |
| 0003-002 | 10/10/07 | | Four-page doc - Fiscal Year 1999 ADCS Management Plan. |
| 0003-003 | 10/10/07 | | Two-page spreadsheet - "FY99 ADCS Programs" totaling $51.4M. |
| 0003-006a | 10/10/07 | | FY99 ADCS Contracting Plan dated July 19, 1999. |
| 0003-006b | 10/10/07 | | FY99 ADCS Contracting Plan dated July 21, 1999. |
| 0003-008 | 10/10/07 | | 08/26/99 Fax from Bill Berl to Brent Wilkes Re: Handout from mtg with Beckett. |
| 0003-011 | 10/10/07 | | Two-page document Re: 9/9 meeting with Dave Oliver. |
| 0005-003 | 10/10/07 | 10/12/07 | Talking Points to RDC Re call to LK. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0013-001 | 10/11/07 | 10/11/07 | FY 1998 Defense Authorization Requests and HAC marks. |
| 0013-002 | 10/11/07 | 10/11/07 | Conference Report for FY 1998. |
| 0013-006 | 10/11/07 | 10/11/07 | Conference Report for FY 1999 (ordered printed 09/25/98). |
| 0013-007 | 10/11/07 | 10/11/07 | Four-page document FY 1999 ADCS Management Plan. |
| 0013-011 | 10/11/07 | 10/11/07 | Two-page fax dated (possibly 07/15/99) from Mitchell Wade to Bill Berl re Urgent Requirements List. |
| 0013-012 | 10/11/07 | 10/11/07 | Six-page fax dated 07/19/99 from Bill Berl to Wilkes/Wade. |
| 0014-001 | 10/11/07 | 10/11/07 | Email from Nancy Lifset to David Norquist Re: The ADCS Meeting. |
| 0014-002 | 10/11/07 | 10/11/07 | Transcript of HAC-D subcomm hearing where Duke says Kratz should be fired. |
| 0014-003 | 10/11/07 | 10/11/07 | Letter from Randall "Duke" Cunningham to HAS Committee. |
| 0014-004 | 10/11/07 | 10/11/07 | Letter from Randall "Duke" Cunningham to HPSCI. |
| 0014-005 | 10/11/07 | 10/11/07 | Memo, from Nancy Lifset to David Norquist Re: Automated Document Conversion Projects. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0014-006 | 10/11/07 | 10/11/07 | Email from Nancy Lifset to Kevin Roper Subject: Top Priorities List. |
| 0014-007 | 10/11/07 | 10/11/07 | Memo, Nancy Lifset to Randall "Duke" Re: Art Money discussion per Global Infrastructure Data Capture funds. |
| 0014-008 | 10/11/07 | 10/11/07 | Draft Committee Report. |
| 0014-009 | 10/11/07 | 10/11/07 | FY 2001 Supplemental Appropriations Report. |
| 0014-010 | 10/11/07 | 10/11/07 | Memo, Nancy Lifset to Randall "Duke" Cunningham. |
| 0014-011 | 10/11/07 | 10/11/07 | Email, Nancy Lifset to Mitchell Wade and Brent Wilkes. |
| 0014-012 | 10/11/07 | 10/11/07 | Email, Nancy Lifset to HAC-D. |
| 0014-014 | 10/11/07 | 10/11/07 | Email, Nancy Lifset to Trey Hardin Subject: Defense Subcommittee Issues. |
| 0014-017 | 10/11/07 | 10/11/07 | Email, Steve Nixon to Nancy Lifset Re: GIDC Funding (U). |
| 0014-018 | 10/11/07 | 10/11/07 | FY2004 Defense Subcommittee Spreadsheet. |
| 0014-019 | 10/18/07 | 10/18/07 | 11/19/03 Email from Nancy Lifset to Kathleen Relly; Michael Meermans. |

Wednesday, October 31, 2007          3:09:41 PM

U.S. v. Brent Roger Wilkes, Criminal Case No. 07cr0330-LAB

| Trial Ex. No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0014-021 | 10/11/07 | 10/11/07 | Email, Joel Combs to Brent Wilkes Subject GIDC Status. |
| 0014-025 | 10/11/07 | 10/11/07 | Email, Nancy Lifset to Sarah Young. |
| 0014-026 | 10/11/07 | 10/11/07 | Email, Nancy Lifset to Sarah Young. |
| 0014-027 | 10/11/07 | 10/11/07 | FY2003 Conference Report. (Also, Bates Number: 0297743). |
| 0014-028 | 10/11/07 | 10/11/07 | FY2004 Conference Report. (Also, Bates Number: 0297744). |
| 0014-029 | 10/11/07 | 10/11/07 | FY03 DOD Requests (In Order of Priority). |
| 0014-030 | 10/11/07 | 10/11/07 | 02/25/04 Email from nancy Lifset to Joel Combs Re: GIDC Status. |
| 0014-031 | 10/11/07 | 10/11/07 | 03/19/04 Email from Nancy Lifset to Joel Combs Re: CIPOC San Diego FY05 HASC Request. |
| 0015-001 | 10/09/07 | 10/09/07 | Photo - Exterior Capital Grille. |
| 0015-001a | 10/09/07 | 10/09/07 | Photo - Interior Capital Grille. |
| 0015-001b | 10/09/07 | 10/09/07 | Photo - Interior Capital Grille. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0015-001c | 10/09/07 | 10/09/07 | Photo - Interior Capital Grille. |
| 0015-003 | 10/09/07 | 10/09/07 | Photo - from Capital Grille to Hill. |
| 0015-006 | 10/09/07 | 10/09/07 | Photo - Capital Grille - Bottle; Silver Oak. |
| 0021-001 | 10/12/07 | 10/12/07 | Photo - Computers at CIFA. |
| 0021-002 | 10/12/07 | 10/12/07 | Photo - Computers at CIFA. |
| 0021-003 | 10/12/07 | 10/12/07 | Photo - Computers at CIFA. |
| 0022-008 | 10/11/07 | 10/11/07 | 01/03/02 Email from Roy Reed to Linton Wells Re: Congressman Cunningham. |
| 0022-009 | 10/11/07 | 10/11/07 | 01/11/02 Email from Bonnie Hammersley to Roy Reed Re: General Intel Enhancement Spend Plan. |
| 0022-015 | 10/11/07 | 10/11/07 | One-page e-mail stream ending with 3/19/02 e-mail from Reed to dir2 re ADCS. |
| 0030-001 | 10/16/07 | 10/16/07 | Customer Card - Cunningham 2nd Mtg. |
| 0031-002 | 10/16/07 | 10/16/07 | 12/20/01 Request for a Check (Form) payable to Duke Cunningham; amount of check: $50,000. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0031-007 | 10/16/07 | | 05/06/04 Thomas F. Cusack Check Number 2174 payable to Coastal Capital Corporation in the amount of $512,538.75 (North Fork Bank). |
| 0031-010 | 10/16/07 | | 05/06/04 John Michael $10,000 transfer. |
| 0031-011a | 10/16/07 | | Settlement Statement. |
| 0040-001 | 10/12/07 | | Photo - Capital Yacht Club Collage. |
| 0040-002 | 10/12/07 | | Photo - Sea Doo. |
| 0040-004 | 10/12/07 | | Photo - Kelly C. |
| 0041-001 | 10/16/07 | | Summary of Organization. |
| 0041-003 | 10/16/07 | | Merrill Lynch Line of Credit Status. |
| 0041-004 | 10/16/07 | | Merrill Lynch - Line of Credit History. |
| 0041-005 | 10/16/07 | | Weekly Cash Forecast, 01/09/04. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0041-006 | 10/16/07 | 10/16/07 | ADCS Statement of Operations, Period Ending 03/31/04. |
| 0041-007 | 10/16/07 | 10/16/07 | Weekly Cash Forecast, 03/30/04. |
| 0041-008 | 10/16/07 | 10/16/07 | Brent Wilkes Personal Financial Statements, 1998 to 2004. |
| 0041-010a | 10/16/07 | 10/16/07 | ADCS 05/2004 Merrill Lynch Bank Records. |
| 0041-010b | 10/16/07 | 10/16/07 | WBR Equities Merrill Lynch Bank Records. |
| 0041-011 | 10/16/07 | 10/16/07 | Parkview Financial Fax 05/11/04 RE: $525 wire. |
| 0041-012 | 10/16/07 | 10/16/07 | Fax from Brent Wilkes to Merrill Lynch 05/12/04 wire instructions from WBR to Parkview $525. |
| 0041-013 | 10/16/07 | 10/16/07 | Weekly Cash Forecasts, 05/04 to 08/05. |
| 0041-015 | N/A | 10/18/07 | 04/13/98 Blue Danube Check with Invoice. |
| 0041-016 | N/A | 10/18/07 | Coleman Power Sports Certification - Repair Order, 1999 Purchase Documents. |
| 0041-019 | N/A | 10/18/07 | Fax with attached Shirlington Limo Invoice . |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0041-020 | 10/16/07 | 10/16/07 | Expense Report, Capital Grille Meal. |
| 0041-021 | 10/16/07 | 10/16/07 | Check from Brent Wilkes to Wahington Marina for $7,101.16. |
| 0041-023 | N/A | 10/18/07 | Diners Club Records. |
| 0041-024 | 10/16/07 | 10/16/07 | Sequoia Bank Records. |
| 0041-030 | N/A | 10/18/07 | Diners Club Records, 01/04. |
| 0041-033 | N/A | 10/18/07 | Check with invoice in the amount of $16,382. |
| 0041-035 | 10/16/07 | 10/16/07 | WBR Equities financial statements. |
| 0041-037 | N/A | 10/18/07 | 2001 Coeur d'Alene Invoice and Check. |
| 0041-044 | 10/17/07 | 10/17/07 | 04/17/03 Email from Arnie Borromeo Re: ADCS financial statements and PO. |
| 0041-046 | 10/16/07 | 10/16/07 | Commercial Lease. |
| 0041-047 | 10/16/07; 10/30/07 | 10/30/07 | Purchase Agreement - Bombardier. |

Wednesday, October 31, 2007          3:09:41 PM

U.S. v. Brent Roger Wilkes, Criminal Case No. 07cr0330-LAB

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0041-047a | 10/16/07; 10/30/07 | 10/30/07 | Certificate of Authenticity/Bombardier Aerospace Corp. |
| 0041-048 | 10/16/07; 10/30/07 | 10/30/07 | Purchase Agreement - Bombardier. |
| 0041-048a | 10/16/07; 10/30/07 | 10/30/07 | Bombardier Bus Jet Solutions. |
| 0041-051 | N/A | 10/18/07 | 04/22/99 Fax to Arnie from Gina Re: For Payment. |
| 0041-052 | 10/16/07 | 10/16/07 | Original file folder containing checkbooks from Sequoia Bank (original). |
| 0041-053 | N/A | 10/18/07 | 04/29/03 Brent Roger Wilkes' American Express Credit Card Statement. |
| 0041-054 | 10/30/07 | 10/30/07 | Certificate of Authenticity/Arnie Borromeo. |
| 0041-054d | 10/30/07 | 10/30/07 | 12/14/98 Letter to Gail Cotton from Brent Wilkes Re: MARC-ITS Contract #V200P-557, Task Order 200-J86185. |
| 0041-054g | 10/30/07 | 10/30/07 | 05/28/03 Schedule of Current Company Loans and Leases for ADCS, Inc. |
| 0041-054i | 10/30/07 | 10/30/07 | 03/05/04 Email from Arnie Borromeo to Brent Wilkes Subject: REGIS update. |
| 0042-003 | 10/17/07 | 10/17/07 | Two-page letter dated 05/15/1996 from Cunningham and others to Philips. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0042-004. | 10/17/07 | 10/17/07 | 9/26/1996 letter from Cunningham to Phillips re: finding additional FY97 funds for purchase of conversion software. |
| 0042-005 | 10/17/07 | 10/17/07 | Invoice dated 01/15/1997 re sale of 162 copies of VP Max software. |
| 0042-007 | 10/17/07 | 10/17/07 | August 10, 1998 MCSI Tech, ADCS (Panama) Schedule of Deliverables. |
| 0042-014 | 10/17/07 | 10/17/07 | Capital Grille receipt for $3,144.18. |
| 0042-020 | 10/17/07 | 10/17/07 | Photo of jet dock. |
| 0042-021 | 10/17/07 | 10/17/07 | 8/24/98 ADCS invoice #98-107 re: NEC notebook computer - $1,499.00. |
| 0042-022 | 10/17/07 | 10/17/07 | NEC laptop for $5,076 - ADCS internal audit. |
| 0042-023 | 10/17/07 | 10/17/07 | Mapping software (1st version) - 03/13/2001 Maptech for $606.80. |
| 0042-024 | 10/17/07 | 10/17/07 | Mapping Software - Maptech Packing Slip. |
| 0042-026 | 10/17/07 | 10/17/07 | Mapping software - Nobeltec invoice (09/11/2002 for $693.99). |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0042-027 | 10/17/07 | 10/17/07 | Joel Combs expense report for 9/11 - 9/27/02. |
| 0042-028a | 10/17/07 | 10/17/07 | Flexjet itinerary for 10/12/01 flight. |
| 0042-028b | 10/17/07 | 10/17/07 | Flexjet invoice dated 10/21/01 for $11,954.67. |
| 0042-028c | 10/17/07 | 10/17/07 | Flexjet itinerary for 10/15/01 flight. |
| 0042-028d | 10/17/07 | 10/17/07 | Flexjet invoice dated 10/21/01 for $9,914.79. |
| 0042-028e | 10/17/07 | 10/17/07 | Flexjet itinerary for 11/20/01 flight. |
| 0042-028f | 10/17/07 | 10/17/07 | Flexjet invoice dated 11/26/01 for $22,692.48, |
| 0042-028g | 10/17/07 | 10/17/07 | Flexjet itinerary for 10/4/02 flight, |
| 0042-028h | 10/17/07 | 10/17/07 | Flexjet itinerary for 10/6/02 flight. |
| 0042-028i | 10/17/07 | 10/17/07 | Flexjet invoice dated 10/7/02 for $32,748.35. |
| 0042-028j | 10/17/07 | 10/17/07 | Flexjet itinerary for 2/26/01 flight. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0042-028k | 10/17/07 | 10/17/07 | Flexjet itinerary for 2/26/01 flight. |
| 0042-028l | 10/17/07 | 10/17/07 | Flexjet invoice dated 3/8/01 for $17,390.40. |
| 0042-028m | 10/17/07 | 10/17/07 | Flexjet itinerary for 8/19/01 flight. |
| 0042-028n | 10/17/07 | 10/17/07 | Flexjet itinerary for 8/22/01 flight. |
| 0042-028o | 10/17/07 | 10/17/07 | Flexjet invoice dated 9/4/01 for $11,487.36. |
| 0042-029a | 10/17/07 | 10/17/07 | Netjets itinerary for 7/11/03 flight. |
| 0042-029b | 10/17/07 | 10/17/07 | Netjets food invoice for $1,291.22. |
| 0042-029c | 10/17/07 | 10/17/07 | Netjets invoice dated 8/6/03 for $48,574.49. |
| 0042-030a | 10/17/07 | 10/17/07 | American Express statement closing 1/20/00. |
| 0042-032 | 10/17/07 | 10/17/07 | Joel Combs expense report 12/31/00 - 5/3/01. |
| 0042-034 | 10/17/07 | 10/17/07 | Coeur d'Alene schedule 2001. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0042-034a | 10/17/07 | 10/17/07 | Coeur d'Alene receipt for Cunningham room. |
| 0042-038a | 10/17/07 | 10/17/07 | Framed golf photo at Coeur d'Alene. |
| 0042-042 | 10/17/07 | 10/17/07 | Joel Combs expense report for 7/12 - 9/17/01. |
| 0042-044 | 10/17/07 | 10/17/07 | Group W Advisors agenda 4/03. |
| 0042-044a | 10/17/07 | 10/17/07 | April 2003 Group W - The Delay foundation. |
| 0042-046 | 10/17/07 | 10/17/07 | Color brochure for Hapuna suite. |
| 0042-047 | 10/17/07 | 10/17/07 | Photo of Hapuna suite - aerial view. |
| 0042-048 | 10/17/07 | 10/17/07 | Photo of Hapuna suite - interior to pool. |
| 0042-049 | 10/17/07 | 10/17/07 | Photo of Hapuna suite - interior to front door. |
| 0042-050 | 10/17/07 | 10/17/07 | Photo of Hapuna suite - interior (entertain area). |
| 0042-051 | 10/17/07 | 10/17/07 | Photo of Hapuna suite - bedroom area. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0042-052 | 10/17/07 | 10/17/07 | Photo of Hapuna suite - view from master suite. |
| 0042-053 | 10/17/07 | 10/17/07 | Group W Advisors Leadership Retreat trip book. |
| 0042-054 | 10/17/07 | 10/17/07 | Combs expense report for 8/7 - 9/3/03. |
| 0042-056 | 10/17/07 | 10/17/07 | Phone listing - Centerfolds of Hawaii. |
| 0042-058 | 10/17/07 | 10/17/07 | Scuba video. |
| 0042-062 | 10/17/07 | 10/17/07 | 3/20/03 purchase order from EMC. |
| 0042-064 | 10/17/07 | 10/17/07 | 3/25/03 final technical proposal with revised BOM. |
| 0042-065 | 10/17/07 | 10/17/07 | 4/4/03 letter from Combs to CIFA/Ward Green. |
| 0042-069 | 10/17/07 | 10/17/07 | 3/30/03 e-mail from Lifset to Combs. |
| 0042-071 | 10/17/07 | 10/17/07 | 12/12/03 e-mail from Wilkes to Wade. |
| 0042-077 | 10/17/07 | 10/17/07 | 3/15/04 draft BOM. |

Wednesday, October 31, 2007        3:09:41 PM

U.S. v. Brent Roger Wilkes, Criminal Case No. 07cr0330-LAB

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0042-090 | N/A | 10/18/07 | 09/14/98 to 09/28/98, Monthly Performance Report and Work Verification. |
| 0042-091 | N/A | 10/18/07 | 09/28/98 to 10/12/98 Monthly Performance Report and Work Verification. |
| 0042-092 | N/A | 10/18/07 | 09/28/98 to 10/12/98 Monthly Performance Report and Work Verification. |
| 0042-093 | N/A | 10/18/07 | 09/28/98 to 10/09/98 Monthly Performance Report and Work Verification. |
| 0042-094 | N/A | 10/18/07 | 09/14/98 to 09/28/98 Monthly Performance Report and Work Verification. |
| 0042-095 | N/A | 10/18/07 | 09/14/98 to 09/28/98 Transmittal Report Verification. |
| 0042-096 | N/A | 10/18/07 | 09/28/98 to 10/12/98 Site Assessment. |
| 0042-097 | N/A | 10/18/07 | 09/14/98 to 09/28/98 Site Evaluation and Task Scope Report. |
| 0042-098 | N/A | 10/18/07 | 09/21/98 Email to Ted Simon from Joel Combs. |
| 0042-099 | N/A | 10/18/07 | 08/31/98 to 09/11/98 Monthly Performance Report and Work Verification. |
| 0042-100 | N/A | 10/18/07 | 08/31/98 to 09/11/98 Monthly Performance Report and Work Verification. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0042-101 | N/A | 10/18/07 | 08/31/98 to 09/11/98 Monthly Performance Report and Work Verification. |
| 0042-102 | N/A | 10/18/07 | 08/31/98 to 09/11/98 Monthly Performance Report and Work Verification. |
| 0042-103 | N/A | 10/18/07 | 08/31/98 to 09/11/98 Monthly Performance Report and Work Verification. |
| 0045-001 | 10/16/07 | 10/16/07 | Purchase order for jet dock. |
| 0045-002 | 10/16/07 | 10/16/07 | Daily Sales Report. |
| 0045-003 | 10/16/07 | 10/16/07 | 09/13/99 Check Number 3047 in the amount of $7101.16 signed by Brent Wilkes. |
| 0045-004 | 10/12/07 | 10/12/07 | Photo Collage - Washington Marina and Jet Dock. |
| 0045-005 | 10/16/07 | 10/16/07 | Photo - Brent Roger Wilkes. |
| 0049-002 | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002a | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002b | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0049-002c | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002d | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002e | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002f | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002g | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002h | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002i | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002j | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002jj | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002k | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002l | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0049-002m | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002n | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002o | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002p | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002q | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002r | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002s | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002t | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002u | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002v | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002w | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0049-002x | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002y | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-002z | 10/09/07 | 10/10/07 | Randall "Duke" Cunningham's Calendar Entries. |
| 0049-003 | 10/09/07 | 10/09/07 | Randall "Duke" Cunningham's Financial Disclosure Forms (1997; 1998; 1999). |
| 0049-003b | 10/09/07 | 10/09/07 | Randall "Duke" Cunningham's Financial Disclosure Forms (2000; 2001; 2002; 2003; 2004). |
| 0052-001a | 10/12/07 | 10/12/07 | Application for Boat Certificate. |
| 0052-001b | 10/12/07 | 10/12/07 | Certificate of Documentation. |
| 0052-001c | 10/12/07 | 10/12/07 | Application for Renewal. |
| 0052-001d | 10/12/07 | 10/12/07 | Certificate of Documentation. |
| 0052-001e | 10/12/07 | 10/12/07 | Application for Boat Certificate. |
| 0052-001f | 10/12/07 | 10/12/07 | Application for Renewal. |

Wednesday, October 31, 2007        3:09:41 PM

U.S. v. Brent Roger Wilkes, Criminal Case No. 07cr0330-LAB

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0052-001g | 10/12/07 | 10/12/07 | Application for Renewal - Christiane Wade. |
| 0052-001h | 10/12/07 | 10/12/07 | Bill of Sale. |
| 0052-006 | 10/12/07 | 10/12/07 | Kelly C Bill of Sale. |
| 0052-007a | 10/12/07 | 10/12/07 | Ownership Record. |
| 0053-001 | 10/12/07 | 10/12/07 | 10/17/00 fax from Joan Scholl to Debbi Kirkpatrick. |
| 0053-002 | 10/12/07 | 10/12/07 | 10/17/00 fax from Joan Scholl to Randy "Duke" Cunningham. |
| 0053-003 | 10/12/07 | 10/12/07 | 10/24/00 letter from Joan Scholl to Congressman Randy Duke Cunningham, attaching endorsement. |
| 0053-003a | 10/12/07 | 10/12/07 | 10/17/00 - General Change Endorsement. |
| 0053-004 | 10/12/07 | 10/12/07 | 9/8/00 Summary of Insurance Policy (Nancy's name written in). |
| 0053-006 | 10/12/07 | 10/12/07 | 09/08/99 Application Kelly-C. |
| 0057-001 | 10/18/07 | 10/18/07 | Certificate of Authenticity of Business Records for Sarah Oertel. |

Wednesday, October 31, 2007          3:09:41 PM

U.S. v. Brent Roger Wilkes, Criminal Case No. 07cr0330-LAB

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0057-001a | 10/17/07 | 10/17/07 | Calendar. (Also, Bates Number: 0287578). |
| 0057-002 | 10/18/07 | 10/18/07 | Certificate of Authenticity of Business Records for Karl Oertel. |
| 0057-002a | 10/17/07 | 10/17/07 | Ledger. (Also, Bates Number: 0287650). |
| 0060-001 | 10/17/07 | 10/17/07 | Photo - Line-Up. |
| 0065-001 | 10/30/07 | 10/30/07 | Andres Monte Carlo, Las Vegas Certificate of Authenticy and Invoices. |
| 0065-003 | 10/30/07 | 10/30/07 | Certificate of Authenticity/DISA/DITCO. |
| 0065-003a 0065-003d | 10/30/07 | 10/30/07 | ADCS, Inc. Modification of Contracts. |
| 0065-004 | 10/30/07 | 10/30/07 | Various Brent Wilkes/ADCS, Inc. American Express Account Statements. |
| 0073-001 | 10/30/07 | 10/30/07 | SAFE2000 FAMFIRE Sort.xls spreadsheet. |
| 0099-001 | 10/12/07 | 10/12/07 | Consulting Agreement. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0099-005 | 10/12/07 | 10/12/07 | 03/10/99 Memorandum for DUSD(L)/Logistics Reinvention Office, Subject: ADCS Requirements FY '99-'00. |
| 0099-006 | 10/12/07 | 10/12/07 | 03/31/99 Montly Status Report. |
| 0099-009 | 10/12/07 | 10/12/07 | 06/30/99 Monthly Status Report. |
| 0099-010 | 10/12/07 | 10/12/07 | 09/30/99 Monty Status Report. |
| 0099-011 | 10/12/07 | 10/12/07 | 10/01/99 Purchase Order for $90,000. |
| 0099-012 | 10/12/07 | 10/12/07 | 12/31/99 Montly Status Report. |
| 0099-014 | 10/12/07 | 10/12/07 | 01/14/00 Email from Bob Fromm to Mitchell Wade. |
| 0099-015 | 10/12/07 | 10/12/07 | 01/19/00 Letter to Congressman Duke Cunningham. |
| 0099-017 | 10/12/07 | 10/12/07 | 02/06/00 Email from Mitchell Wade to Brent Wilkes. |
| 0099-022 | 10/12/07 | 10/12/07 | 04/30/00 Monthly Status Report. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0099-022a | 10/12/07 | — | NGIC FIRES/GIDC Plus-Up. |
| 0099-022b | 10/12/07 | — | ASD/C31 GIDC Plus-Up. |
| 0099-023 | 10/12/07 | — | 04/30/00 Monthly Status Report. |
| 0099-024 | 10/12/07 | — | 08/23/00 Memorandum for the Assistant Secretary of Defense, Subject: FY01 Funding Execution. |
| 0099-025 | 10/12/07 | — | 10/05/00 Email. |
| 0099-027 | 10/12/07 | — | 12/30/00 Email from Mitchell Wade to Brent Wilkes, Subject: Travel, Resources and SOW. |
| 0099-035 | 10/12/07 | — | 10/31/01 MZM, Inc. check number 2027 in the amount of $50,000 payable to Coastal Capital Corp. |
| 0099-040 | 10/12/07 | — | 12/31/01 Monthly Status Report. |
| 0099-042 | 10/12/07 | — | 03/26/02 Letter to The Honorable Bob Stump. |
| 0099-043 | 10/12/07 | — | 04/15/02 Letter to The Honorable Porter J. Goss. |
| 0099-044 | 10/12/07 | — | 04/15/02 Letter to The Honorable Porter J. Goss. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0099-045 | 10/12/07 | 10/12/07 | 08/30/02 Cashier's Check for Buoy Toy. |
| 0099-045a | 10/12/07 | 10/12/07 | Photo - Duke-Stir. |
| 0099-048 | 10/12/07 | 10/12/07 | 03/31/03 Fax with MZM, Inc. Purchase Order Attached. |
| 0099-052 | 10/12/07 | 10/12/07 | 04/07/03 Email from Mitchell Wade to Joel Combs. |
| 0099-053 | 10/12/07 | 10/12/07 | 05/02/03 Email from Brent Wilkes to Mitchell Wade. |
| 0099-054 | 10/12/07 | 10/12/07 | 05/07/03 Invoice from MZM, Inc.; Sold to: CIFA PMO. |
| 0099-055a | 10/12/07 | 10/12/07 | 06/02/03 MZM, Inc. check to ADCS, Inc., for $5,484,000. |
| 0099-056 | 10/12/07 | 10/12/07 | Del Mar House Purchase Agreement. |
| 0099-058a | 10/12/07 | 10/12/07 | 12/30/03 MZM, Inc. check for $115,100. |
| 0099-059 | 10/12/07 | 10/12/07 | 02/24/04 Letter for Director, CIFA. |
| 0099-060 | 10/12/07 | 10/12/07 | 03/11/04 Letter from Mark Deeds to Mitchell Wade. |

Wednesday, October 31, 2007      3:09:41 PM

U.S. v. Brent Roger Wilkes, Criminal Case No. 07cr0330-LAB

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0099-061 | 10/12/07 | 10/12/07 | 03/17/04 Fax to Brent Wilkes. |
| 0099-063 | 10/12/07 | 10/12/07 | 04/16/04 Fax to Mitchel Wade from Joel Combs and invoice in the amount of $6,000,000. |
| 0099-064a | 10/12/07 | 10/12/07 | ADCS, Inc. Invoice -- $6,000,000. |
| 0099-065 | 10/12/07; 10/16/07 | 10/12/07 | 05/06/04 MZM, Inc. check to ADCS, Inc., for $5,970,000. |
| 0099-066a | 10/12/07 | 10/12/07 | 08/25/04 MZM, Inc. check to TopGun for $171,000. |
| 0099-066b | 10/12/07 | 10/12/07 | 08/27/04 MZM, Inc. Check to Top Gun for $329,000. |
| 0099-068 | 10/12/07 | 10/12/07 | 02/21/06 Mitchell Wade's Plea Offer. |
| 0099-069 | 10/12/07 | 10/12/07 | 02/23/06 Mitchell Wade's Plea Agreement. |
| 0099-070 | 10/12/07 | 10/12/07 | Talking Points. |
| 0100-010a | 10/16/07 | 10/16/07 | 114-31 Taipei - Baussan Settlement Statement. |
| 0100-011 | 10/16/07 | 10/16/07 | 114-29 Taipei - Baussan Settlement Statement. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0100-013a | 10/18/07 | 10/18/07 | Certification of Records/North Fork Bank. |
| 0100-013b | 10/18/07 | 10/18/07 | 05/31/04 North Fork Bank Statement (4724011426). |
| 0100-014 | 10/16/07 | 10/16/07 | 12/21/01 - 01/23/02 Union Bank Statement (0911188811). |
| 0100-015 | 10/16/07 | 10/16/07 | Coastal Capital Purchase/Sales Contract. |
| 0100-016 | 10/16/07 | 10/16/07 | Employment Agreement. |
| 0100-017 | 10/18/07 | 10/18/07 | Bank signature card for Parkview Account into which Brent Wilkes' money was wired, showing Tommy K as a signatory. |
| 0100-017a | 10/18/07 | 10/18/07 | North Fork Bank Statement/document signature card for Parkview Financial Inc. |
| 0100-018a | 10/16/07 | 10/16/07 | 05/06/04 Thomas F. Cusack check number 2174 in the amount of $512,538.75 made payable to Coastal Capital Corp. |
| 0100-018b | 10/16/07 | 10/16/07 | 05/06/04 Thomas F. Cusack check number 2164 in the amount of $543,920.78 made payable to Edgewater Development. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0100-018c | 10/16/07 | 10/16/07 | 05/06/04 Thomas C. Cusack check number 2175 in the amount of $34,309.58 made payable to Edgewater Development. |
| 0100-021 | 10/18/07 | 10/18/07 | 12/31/01 North Fork Bank Statement (4724008034). |
| 0100-022a | 10/18/07 | 10/18/07 | 11/03/04 North Fork Bank Statement (4724008182). |
| 0100-022b | 10/18/07 | 10/18/07 | 12/31/04 North Fork Bank Statement (4724008182). |
| 0100-022c | 10/18/07 | 10/18/07 | 01/31/05 North Fork Bank Statement (4724008182). |
| 0100-022d | 10/18/07 | 10/18/07 | 02/28/05 North Fork Bank Statement (4724008182). |
| 0100-022e | 10/18/07 | 10/18/07 | 03/31/05 North Fork Bank Statement (4724008182). |
| 0100-022f | 10/18/07 | 10/18/07 | 04/30/05 North Fork Bank Statement (4724008166). |
| 0100-022g | 10/18/07 | 10/18/07 | 05/31/05 North Fork Bank Statement (4724008166). |
| 0100-022h | 10/18/07 | 10/18/07 | 06/30/05 North Fork Bank Statement (4724008166). |

| Trial Ex. No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0100-023a | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-023b | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-023c | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-023d | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-023e | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-023f | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-023g | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-023h | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Washinton Mutual payment history. |
| 0100-024a | 10/18/07 | 10/18/07 | 12/23/03 - 01/22/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Numbers: 0030184 and 0030187). |
| 0100-024b | 10/18/07 | 10/18/07 | 01/23/04 - 02/19/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030190). |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0100-024c | 10/18/07 | | 02/20/04 - 03/23/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030192). |
| 0100-024d | 10/18/07 | 10/18/07 | 03/24/04 - 04/22/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030196). |
| 0100-024e | 10/18/07 | 10/18/07 | 04/23/04 - 05/20/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030208). |
| 0100-024f | 10/18/07 | 10/18/07 | 05/21/04 - 06/22/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030212). |
| 0100-024g | 10/18/07 | 10/18/07 | 06/23/04 - 07/22/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030216). |
| 0100-024h | 10/18/07 | 10/18/07 | 07/23/04 - 08/23/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030220). |
| 0100-024i | 10/18/07 | 10/18/07 | 08/24/04 - 09/22/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Numbers: 0030230 and 0030232). |
| 0100-024j | 10/18/07 | 10/18/07 | 09/23/04 - 10/21/04 Randall and Nancy Cunningham Union Bank Statement. (Also, Bates Number: 0030237). |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0100-025 | 10/18/07 | 10/18/07 | Randall "Duke" Cunningham Union Bank Check Numbers: 2309; 2319; 2325; and 2492. (Also, Bates Nubmers: 0029697; 0029702; 0029706). |
| 0100-026 | 10/18/07 | 10/18/07 | 05/31/04 North Fork Bank Statement (4724008190). |
| 0100-027 | 10/18/07 | 10/18/07 | North Fork Account information for Thomas Kontogiannis. |
| 0116-002 | 10/16/07 | 10/16/07 | Photo - Hummer/License Plate. |
| 0120-007 | 10/30/07 | 10/30/07 | Rancho Santa Fe home front entrance. |
| 0120-008 | 10/30/07 | 10/30/07 | Rancho Santa Fe home top views. |
| 0121-002 | 10/16/07 | 10/16/07 | Coeur d'Alene Resort Records. |
| 0121-003 | 10/16/07 | 10/16/07 | Photo - Coeur d'Alene Resort. |
| 0121-004 | 10/16/07 | 10/16/07 | Photo - Coeur d'Alene Resort. |
| 0121-005 | 10/16/07 | 10/16/07 | Photo - Coeur d'Alene Resort. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0121-006 | 10/16/07 | 10/16/07 | Photo - Coeur d'Alene Resort. |
| 0121-007 | 10/16/07 | 10/16/07 | Photo - Coeur d'Alene Resort. |
| 0122-001a | 10/17/07 | 10/17/07 | Joel Combs cell phone bill. |
| 0122-001b | N/A | 10/18/07 | Sarah Oertel's telephone record. |
| 0122-001c | N/A | 10/18/07 | Sarah Oertel's telephone record. (Also, Bates Number: 0217339). |
| 0122-001d | N/A | 10/18/07 | Bryan Burr telephone record. (Also, Bates Number: 0179533 and 0179545). |
| 0122-001e | 10/17/07 | 10/17/07 | Tammy MacFadden (Macadangdang) telephone record. (Also, Bates Number: 00217349). |
| 0122-001f | 10/17/07 | 10/17/07 | Donna E. Rozetta/Owen telephone record. (Also, Bates Number: 0252615). |
| 0125-001 | N/A | 10/18/07 | Randall "Duke" Cunningham's handwritten notes. |
| 0126-001 | N/A | 10/18/07 | Chart, ADCS payments. |
| 0126-002 | 10/30/07 | 10/30/07 | Chart, ADCS payments. |

| Trial Ex No. | Date Marked | Date Received/ Admitted | Document |
|---|---|---|---|
| 0200-000 | N/A | 10/18/07 | 11/05/00 Email from Mitchell Wade to Brent Wilkes Subject: Fwd: Summary Letter. |
| 0201-000 | 10/18/07 | 10/18/07 | 03/16/04 Email from Gina DiPilla to Kristin Ivancich. |