UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr0330-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR MONEY JUDGMENT |
| v. | ) | OF CRIMINAL FORFEITURE |
| | ) | |
| BRENT ROGER WILKES (1), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. As the result of the guilty verdicts returned by the jury on all counts of the Superseding Indictment submitted to them in which the Government had sought forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 461(C), and on the basis of the evidence and briefing submitted by the Government in connection with Defendant's trial and sentencing, Defendant BRENT ROGER WILKES ("Defendant") is hereby ordered to forfeit to the United States all rights, title and interest in the property described below, as property involved in and/or proceeds of the offenses of which Defendant was found guilty: $636,116.50.

2. The Clerk of the Court is hereby directed to enter a money judgment in favor of the United States against Defendant BRENT ROGER WILKES in the amount of $636,116.50, with interest to accrue thereon in accordance with law.

//

3. Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment.

5. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

6. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $636,116.50 to satisfy the money judgment in whole or in part.

7. The United States may take any and all actions available to it to collect and enforce the judgment.

DATED: February 19, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge